UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-526 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS LOPEZ-LOPEZ, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:    Conspiracy to Distribute and Possess with Intent to Distribute Cocaine;

Date of Detention Hearing:    October 20, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is reportedly a citizen of Mexico.

(2)    The United States alleges that his presence in this country is illegal.  There is an

DETENTION ORDER                                                                                                            15.13
18 U.S.C. § 3142(i)                                                                                                         Rev. 1/91
PAGE 1

01  immigration detainer pending against him. The issue of detention in this case is therefore
02  essentially moot, as the defendant would be released to immigration custody if not detained in
03  this case.

04　　　　(3)　　Defendant and his counsel offer no opposition to the entry of an order of
05  detention.

06　　　　(4)　　Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.
07  Therefore, there is limited information available about him.

08　　　　(5)　　There does not appear to be any condition or combination of conditions that will
09  reasonably assure the defendant's appearance at future Court hearings while addressing the
10  danger to other persons or the community.

11  It is therefore ORDERED:

12　　　　(1)　　Defendant shall be detained pending trial and committed to the custody of the
13　　　　　　　 Attorney General for confinement in a correction facility separate, to the extent
14　　　　　　　 practicable, from persons awaiting or serving sentences or being held in custody
15　　　　　　　 pending appeal;

16　　　　(2)　　Defendant shall be afforded reasonable opportunity for private consultation with
17　　　　　　　 counsel;

18　　　　(3)　　On order of a court of the United States or on request of an attorney for the
19　　　　　　　 Government, the person in charge of the corrections facility in which defendant
20　　　　　　　 is confined shall deliver the defendant to a United States Marshal for the purpose
21　　　　　　　 of an appearance in connection with a court proceeding; and

22　　　　(4)　　The clerk shall direct copies of this Order to counsel for the United States, to

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 20th day of October, 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 3